```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA,                          PLAINTIFF

VS.                         CRIMINAL ACTION NO. 5:01cr28BrN

HERMAN JOHNSON,                                    DEFENDANT

                ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on October 7, 2002, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed October 7, 2002, is hereby remitted.

SO ORDERED this the 13th day of December, 2005.

                                S/DAVID BRAMLETTE
                                UNITED STATES DISTRICT JUDGE